UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: )
) Case No. 13-44880
) Chapter 13
Elizabeth De Paula Arias ) Bankruptcy Judge Jack B. Schmetterer
) Hearing Date: May 28, 2014
)
)
Debtors )

**Amended NOTICE OF HEARING**

TO: Elizabeth Ann DePaula Arias 856 North Maple Ave. Palatine, IL 60067

Tom Vaughn, % Ben Kahn, 55 E. Monroe St. Suite 3850, Chicago, IL 60603

Julie E. Crabbe % Sutton Park Place HOA, 660 W. Wayman St. #707, Chicago, IL 60661

See attached service list

PLEASE TAKE NOTICE that on May 28, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, in Room 682 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, IL, or any other judge sitting in his place and stead, and shall then and there present the attached Objection to Sutton Park Place Homeowner's Association Proof of Claim, a copy of which is hereby served upon you. You may appear if you so choose.

Respectfully submitted,

/s/ Katerina Tsoukalas-Heitkemper
One of Debtors' attorneys

**CERTIFICATE OF SERVICE** amended
The undersigned certifies that on April 22, 2014, copies of the NOTICE OF HEARING with attached objection were served upon all the parties listed above and on the attached mailing matrix, either electronically or by depositing said copies in the U.S. Mail Chute located at Crystal Lake, Illinois 60014 on April 22, 2014.

/s/ Katerina Tsoukalas-Heitkemper –ARDC 6288666

Bruning & Associates, P.C.
333 Commerce Drive, Suite 900
Crystal Lake, IL 60014
815-455-3000

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ALMA Property Management Svcs Inc
890 E. Higgins Road
Schaumburg, IL 60173-4749

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

BMO Harris Bank
Attn: Legal Services
111 W. Monroe Str.
Chicago, IL 60603-4095

CBA Collection Bureau
25954 Eden Landing Rd.
Hayward, CA 94545-3837

Cba Collection Bureau
Po Box 5013
Hayward, CA 94540-5013

Codillis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

DS Waters Of America Inc
949 E High Street
Mundelein IL 60060-3119

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Fitness Int'l LLC
d/b/a Pro Results
825 S Rand Road
Lake Zurich IL 60047-2678

Harris N.a.
Bmo Harris Bank - Bankruptcy Dept.-Brk-1
770 N Water Street
Milwaukee, WI 53202-0002

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Sutton Park Place HOA
c/o Lance Ziebell
501 W. Colfax
Palatine, IL 60067-2545

Sutton Park Place Homeowners Assoc
c/o Alma Property Management Svcs
890 E. Higgins Road
Schaumburg, IL 60173-4749

Verizon Wireless
1 Verizon Place
Alpharetta, GA 30004-8510

Verizon Wireless
Verizon Wireless Dpt/Attn:Bankruptcy
Po Box 3397
Bloomington, IL 61702-3397

Elizabeth Ann De Paula Arias
856 North Maple Avenue
Palatine, IL 60067-2207

Katerina Tsoukalas-Heitkemper
Bruning & Associates, P.C.
333 Commerce Drive, Suite 900
Crystal Lake, IL 60014-3528

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5713

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: )
) Case No. 13-44880
Elizabeth De Paula Arias )
) Chapter 13
) Bankruptcy Judge Jack B. Schmetterer
) Hearing Date: May 28, 2014
Debtors )

## Amended OBJECTION TO PROOF OF CLAIM OF SUTTON PARK PLACE HOMEOWNER'S ASSOCIATION

NOW COMES, Elizabeth De Paula Arias ("Debtor"), by her attorney of record, Katerina Tsoukalas-Heitkemper of Bruning & Associates, P.C., and states as follows:

1. The Debtor commenced this action by the filing of a Chapter 13 petition on November 19, 2013.

2. Debtor is the owner of real estate located at 856 North Maple Avenue, Palatine, IL (the "Property").

3. The Property is located within the Sutton Park Place Homeowner's Association (the "Association").

4. The Association filed proof of claim #3-1, a copy of which is annexed hereto as Exhibit "A."

5. The Proof of Claim fails to set forth any documentation demonstrating that the filer of the claim is the holder of a secured interest on Debtor's property or that its lien, if any, has been perfected.

6. The Proof of Claim is objected to for the following reasons:

   a. The amounts set forth in the Association's proof of claim, include attorney fees for the "monitoring" of a mortgage foreclosure action. There is no legal basis

under the Illinois Condominium Property Act or the Association's governing documents that would allow the Association to recover these amounts from the Debtor.

    i. Even if the Court were to find that there is a sufficient legal basis for the attorney's fees to be sought from by the Association from the Debtor, the reasonableness and necessity of these attorney's fees have never been approved by any court of competent jurisdiction.

    ii. The reasonableness of said attorneys' fees is questionable and the Debtor believes that recovery of said amounts from her are not warranted and/or not approved by this Court.

b. The Proof of Claim fails to set forth any documentation demonstrating that the Association is the holder of a secured interest on Debtor's property or that its lien, if any, has been perfected.

    i. There was no writing filed with the Proof of Claim demonstrating the Association's interest on the Property securing such claim. Pursuant to Fed. B.R. 3001(d), if a security interest in property of the debtor is claimed, the proof of claim shall be accompanied by evidence that the security interest has been perfected.

    ii. The security interest in the property and the evidence that such security interest has been perfected was not provided with the Proof of Claim.

7. For all the reasons set forth above, it is respectfully requested that Debtor's Objection to Proof of Claim #3-1 be sustained and that counsel for Debtor be awarded counsel

feels in the sum of $450.00 for having brought such motion and that such fees be paid directly to counsel for Debtor by the Association and that the Association or any other party acting on its behalf be directed not to include such award of attorneys fees in any further proof of claim or charges against this Debtor's account and/or transaction history.

8. For all the reasons set forth above, it is respectfully requested that Debtor's Objection to Proof of Claim #3-1 be sustained and that counsel for Debtor be awarded counsel fees in the sum of $450.00 for having brought such motion.

WHEREFORE, it is respectfully requested that Debtor's application be granted and for such other relief as this Court may deem just.

Respectfully submitted,

/s/ Katerina Tsoukalas-Heitkemper
One of Debtors' attorneys

Katerina Tsoukalas-Heitkemper
Atty No. 6288666
Bruning & Associates, P.C.
333 Commerce Drive, Suite 900
Crystal Lake, IL 60014
815-455-3000